IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | 8:05CR275 |
| ) | |
| EDUARDO GUERRERO-CARDOZA,        ) | **ORDER** |
| ) | |
| Defendant.        ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT and no objection from the defendant,

IT IS ORDERED that the Change of Plea hearing is continued to **September 23, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **September 19, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 19th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge